# Order

Michigan Supreme Court
Lansing, Michigan

May 28, 2013

146602

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

RIKE ZEHENDER,
        Plaintiff-Appellee,

v

ERIK ZEHENDER,
        Defendant-Appellant.

SC: 146602
COA: 305691
Leelanau CC: 2010-008379-DM

_____/

On order of the Court, the application for leave to appeal the December 18, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



                Clerk

t0520